DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DESMOND R. BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0133

_____

March 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Larry Keith Meyer, Jr., Judge.

Desmond R. Brown, pro se.

PER CURIAM.

       Affirmed.

MORRIS, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.